UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Socket Solutions, LLC<br><br>Plaintiff,<br><br>v.<br><br>Guodong Cai<br><br>Defendant. | ) | JURY TRIAL DEMANDED |

**COMPLAINT**

Plaintiff Socket Solutions, LLC for its Complaint against Guodong Cai ("Cai") alleges:

**NATURE OF THE ACTION**

1. This is a civil action for patent infringement of U.S. Patent No. 9,509,080 ("the '080 Patent"), attached as Exhibit A.

2. The '080 Patent relates to a "Functional Indoor Electrical Wall Outlet Cover," that plugs into to a standard electrical wall outlet and fully conceals the outlet while providing one or more receptables for electrical plugs at the other end of an extension cord.

**THE PARTIES**

3. Socket Solutions is a limited liability company, organized in Texas with a principal place of business in Houston, Texas.

4. Socket Solutions owns all rights to the '080 Patent.

5. Socket Solutions sells a successful line of electrical wall outlet covers that practice the '080 Patent claims.

6. Upon information and belief, Cai is a Chinese individual or company that sells and offers to sell electrical wall outlet covers ("Accused Outlet Covers") on Amazon.com under

the Amazon "storefront" name "Humpptom GROUP" (see image below from Amazon.com "storefront page" for Humpptom GROUP):

Humpptom GROUP

Visit the Humpptom GROUP storefront

91% positive in the last 12 months (76 ratings)

Please refer to the Amazon.com Return Policy .

**Detailed Seller Information**

**Business Name:** Cai Guodong
**Business Address:**
狮山镇松岗联表工业区自编58号厂房
佛山
南海区
广东
528200
CN

7. The Accused Outlet Covers infringe at least Claim 19 of the '080 patent.

8. According to Cai's Amazon product listings for the Accused Outlet Covers, Cai also manufactures the Accused Outlet Covers.

**JURISDICTION AND VENUE**

9. The Court has subject matter jurisdiction over this patent infringement claim under 28 U.S.C. §§ 1331 and 1338(a).

10. Cai offers to sell and sells the Accused Outlet Covers to consumers on Amazon.com, which is directed to the U.S. market, including Illinois, and has directed sales into this district.

11. Upon information and belief, Cai systematically targets its business activities at U.S. consumers, including those in Illinois and this judicial district, through its online Amazon.com account.

12. Illinois residents, including those in this district, can view Cai's sales listings on Amazon.com, can communicate with Cai regarding the product listing for the Accused Outlet Covers, can purchase the Accused Outlet Covers for delivery into Illinois, including this district, and can receive corresponding sales confirmation.

13. Cai has sold the Accused Outlet Covers into this district and Cai should reasonably expect such actions to have consequences in Illinois and in this judicial district.

14. The Court has personal jurisdiction over Cai because, upon information and belief, Cai regularly conducts, transacts and/or solicits business in this judicial district, has derived significant revenue from business transactions in this judicial district and otherwise has availed itself of the privileges and protections of Illinois law such that this Court's assertion of jurisdiction over Cai does not offend traditional notions of fair play and due process.

15. Venue is proper in this Court under 28 U.S.C. § 1391(c)(3) because Cai is not a U.S. resident.

## BACKGROUND

**<u>Socket Solutions and the Sleek Socket® Products</u>**

16. Socket Solutions is the exclusive worldwide manufacturer of Sleek Socket® products and the leading seller of ultra-thin outlet cover/power strips.

17. Sleek Socket® products provide an innovative and affordable way to completely hide electrical wall outlets via a unique, ultra-thin plug design that extends only fractions of an inch from the outlet.

18. Sleek Socket® products dramatically reduce obstructions that traditional plugs create between furniture and the outlet, allowing users to position furniture closer to the wall while providing electrical receptacles in a more conveniently located power strip.

19. Sleek Socket® products cover unsightly outlets, creating a more appealing visual look while reducing or eliminating hazards for children and pets.

20. Sleek Socket® products are the top-selling products in their category and currently account for approximately $20 million in annual gross revenues.

21. The United States Patent and Trademark Office has awarded various patents on the inventions embodied in the Sleek Socket® products, including the '080 Patent.

22. Socket Solutions holds the exclusive rights to make, use, sell and/or offer to sell any invention embodying the '080 patent claims throughout the United States, as well as the exclusive right to import any invention embodying the '080 patent claims into the United States.

**The '080 Patent**

23. Socket Solutions is the assignee and owner of all right, title, and interest in and to the '080 patent, which the United States Patent and Trademark Office issued on November 29, 2016.

24. The image below, Figure 1 from the '080 Patent, depicts one embodiment of the invention claimed in that patent.

FIG. 1

25. The ‘080 patent relates to a device that covers the wall outlet while allowing that outlet to be used. The cover, which plugs into the wall outlet, is designed to be very thin, which allows it to be used in tight places behind furniture and which also gives it a sleek look in open areas where the wall outlet otherwise would readily be visible.

26. The Sleek Socket® products, which embody the ‘080 invention, have been commercially successful and have become the leading products of their kind in the market.

27. Socket Solutions has complied with the requirements of 35 U.S.C. § 287 by, among other things, marking the packaging for its patented products with the ‘080 Patent number.

**Cai’s Accused Outlet Covers**

28. Cai offers to sell and sells outlet cover/power strip products (“Accused Outlet Covers”) that it currently promotes on its Amazon store at (at least) the following link:

- https://www.amazon.com/dp/B0CB6BWZ9W

29. The image below (left), which was obtained from the link above, depicts one of the Accused Outlet Covers.

30. The image below (right), for comparison, is Figure 1 from the '080 Patent, which depicts a preferred embodiment of the '080 Patent.

FIG. 1

31. The Accused Outlet Covers infringe at least Claim 19 of the '080 patent by practicing each limitation of that claim.

32. Cai has offered to sell the Accused Outlet Covers to potential customers in this district.

33. Cai has sold the Accused Outlet Covers in this district and has shipped those products into this district.

34. The Accused Outlet Covers sold by Cai compete with the patented Sleek Socket® products.

35. Cai is not licensed to make, import, use, offer to sell or sell any inventions claimed in the '080 Patent.

**Count I**
**Patent Infringement**

36. Socket Solutions incorporates the allegations contained in paragraphs 1 through 35 of this Complaint as though fully set forth in this paragraph.

37. Cai has been, and currently is, directly infringing at least Claim 19 of the ‘080 patent by selling and offering to sell the Accused Outlet Covers in the United States.

38. Cai also has been, and currently is, directly infringing at least Claim 19 of the ‘080 Patent by importing the Accused Outlet Covers into the United States.

39. Socket Solutions has been irreparably harmed by Cai’s infringement.

40. Unless Cai is enjoined, Cai will continue to harm Sleek Socket irreparably. Monetary damages alone cannot compensate for this harm.

## REQUEST FOR RELIEF

WHEREFORE, Socket Solutions asks this Court to:

a. Find that U.S. Patent No. 9,509,080 is valid and enforceable;

b. Find that Cai has infringed U.S. Patent No. 9,509,080;

c. Permanently enjoin Cai from infringing U.S. Patent No. 9,509,080;

d. Award Socket Solutions for damages sufficient to compensate it for Cai’s past infringement of U.S. Patent No. 9,509,080, together with costs and pre-judgment interest; and

e. Award Socket Solutions such other and further relief as may be just and proper under the circumstances.

**DEMAND FOR JURY TRIAL**

Socket Solutions requests a trial by jury under Fed. R. Civ. P. 38 of all issues that may be determined by a jury.

Respectfully submitted,

Dated: November 3, 2023

/s/ Edward H. Rice

Edward H. Rice
Law Office of Edward H. Rice, LLC
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
ed@edwardricelaw.com
(312) 953-4566

*Counsel for Plaintiff,*
*Socket Solutions, LLC*