**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Socket Solutions, LLC v. Guodong Cai

Case Number: 23-cv-15650

An appearance is hereby filed by the undersigned as attorney for:
Guodong Cai

Attorney name (type or print): Edward Chen

Firm: Law Offices of Edward Chen

Street address: 301 N. Lake Ave., Suite 600

City/State/Zip: Pasadena, California 91101

Bar ID Number: Cal. Bar #312553
(See item 3 in instructions)

Telephone Number: 949.241.7097

Email Address: Edward.Chen@edchenlaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you a member of the court's general bar? ✔ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

Are you appearing *pro hac vice*? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✔ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 19, 2024

Attorney signature: S/Edward Chen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023